FILED
17-1053
12/22/2017 1:32 PM
tex-21463345
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

NO. _____

## IN THE SUPREME COURT OF TEXAS

FC BACKGROUND, LLC,

*Petitioner*,

v.

LEE FRITZE,

*Respondent*.

On Petition for Review from the Fifth Court of Appeals
Dallas, Texas
No. 05-17-00277-CV

## PETITIONER'S OPPOSED MOTION TO EXTEND TIME TO FILE PETITION FOR REVIEW

Petitioner, FC Background, LLC, asks the Court to extend the time to file its Petition for Review.

1.    Petitioner is FC Background, LLC; respondent is Lee Fritze.

2.    This motion is filed within the 15-day period to file a motion to extend the time to file a petition for review, as required by Texas Rule of Appellate Procedure 53.7(f).

3.    Respondent opposes this motion.

4.    The Court has the authority under TEX. R. APP. P. 53.7 to grant petitioner additional time to file a petition for review.

5. The 5th Court of Appeals issued its judgment in FC Background, LLC v. Lee Fritze, Cause No. 05-17-00277-CV, on November 16, 2017.

6. Petitioner's petition for review is due to be filed on January 2, 2018.

7. Petitioner requests an additional 30 days to file the petition for review, extending the time to February 1, 2018.

9. No extension has been previously granted to extend the time to file the petition for review.

5. Petitioner needs additional time to file its brief because counsel for Petitioner will be out of the state for the holidays.

6. Respondent opposes this 30-day extension.

## PRAYER

For these reasons, petitioner asks the Court to grant an extension of time to file the petition for review until February 2, 2018.

Respectfully submitted,

**DUNN SHEEHAN LLP**

 /s/ Cari B. LaSala
William D. Dunn
Texas Bar No. 24002023
ddunn@dunnsheehan.com
Cari B. LaSala
Texas Bar No. 24087890
clasala@dunnsheehan.com

3400 Carlisle St., Suite 200
Dallas, Texas 75204
(214) 855-0077    (Phone)
(214) 866-0070    (Fax)

**ATTORNEYS FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

Counsel for Petitioner, Cari LaSala, contacted counsel for Respondent, Robin Foret on December 22, 2017. Respondent opposes the requested extension of time for 30 days for filing FC Background's Petition for Review.

*/s/ Cari B. LaSala*

## CERTIFICATE OF SERVICE

I certify on December 22, 2017I served a copy of Petitioner's Opposed Motion to Extend Time to File Petition for Review on Respondent by electronic filing.

*/s/ Cari B. LaSala*